UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2018 JUN 20 PM 1:24



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. |
| Plaintiff, | § § | **I N D I C T M E N T** |
| VS. | § | [Ct. 1: 18 U.S.C. §922(g)(1) Felon in Possession of a Firearm; |
| GLENN RAY MCGARITY JR., aka MICHAEL LEWIS | § § § | Ct. 2: 18 U.S.C. §472 Possessing Counterfeit Obligations or Securities.] |
| Defendant. | § | |

SA18CR0436 XR

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. §922(g)(1)]

On or about May 25, 2018, in the Western District of Texas, Defendant,

**GLENN RAY MCGARITY JR. aka MICHAEL LEWIS,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition and firearms, to wit: a Keltec, model PLR-16, 5.56mm pistol, serial number P6B78 and a Beretta, model BU9 Nano, 9mm pistol, serial number NU096091, both of which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
### [18 U.S.C. § 472]

On or about May 25, 2018, in the Western District of Texas, the Defendant,

**GLENN RAY MCGARITY JR. aka MICHAEL LEWIS,**

with intent to defraud, kept in possession and concealed, falsely made, forged, counterfeited, and altered obligations and other securities of the United States; to wit: Federal Reserve Notes in the

amount of approximately $2,940.00, which he then knew to be falsely made, forged, counterfeited, and altered, in violation of Title 18, United States Code, Section 472.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

### I.
### Firearms Violations and Forfeiture Statutes

As a result of the criminal violation set forth in Count One, the United States of America gives notice to Defendant GLENN RAY MCGARITY JR. aka MICHAEL LEWIS of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and 18 U.S.C. § 924, as made applicable to criminal forfeiture by 28 U.S.C. § 2461. Section 924 states in pertinent part:

> **Title 18 U.S.C. § 924. Penalties**
> (d)(1) Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

This Notice of Demand for Forfeiture includes, but is not limited to, the following property:

1. Keltec, Model PLR-16, 5.56mm pistol; and
2. Beretta, Model BU9 Nano, 9mm pistol; and
3. Any and all firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
SARAH WANNARKA
Assistant United States Attorney